E-FILED
Wednesday, 26 July, 2017  09:51:42 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CONNIE SUE HADDOCK,<br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINSTRATION,<br>        Defendant. | Case No. 4:16-cv-04200-JEH |

**Order**

The Court has reviewed the Plaintiff's Motion for EAJA Fees.  (D. 16).[1]  The deadline for the Defendant to respond to said motion (July 24, 2017) has passed.  Accordingly, the Court assumes Defendant has no opposition to the motion.  The Court therefore GRANTS the Motion and awards the Plaintiff, Connie Haddock, $3,234.00 (three thousand two hundred thirty four dollars) for attorney fees and $0 (zero dollars) for costs in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412.[2]  The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not the Plaintiff's attorney.  The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to

---

[1] Citations to the Docket in this case are abbreviated as "D. __."
[2] The undersigned presides over this case with the consent of all parties. (D. 9).

a valid EAJA assignment that has been executed between the Plaintiff and Plaintiff's attorney.

*It is so ordered.*

Entered on July 26, 2017.

<u>s/Jonathan E. Hawley</u>
U.S. MAGISTRATE JUDGE